UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>BENJAMAN MITCHELL,<br><br>                Defendant,<br>    v.<br><br>SECURITAS SECURITY,<br><br>                Garnishee-Defendant. | CASE NO. 2:23-mc-00017-LK<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT |

      This matter comes before the Court on the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Benjaman Mitchell, from Securitas Security, the Garnishee. Dkt. No. 1. Having reviewed the record in this matter, the Court ORDERS that the Clerk of the Court issue the Writ of Continuing Garnishment submitted on March 7, 2023, Dkt. No. 1-3, against Securitas Security, whose address is:

Securitas Security
17930 International Blvd, Suite 550
SeaTac, WA 98188

Dated this 15th day of March, 2023.

_Lauren King_
Lauren King
United States District Judge